JAMES S. MULLER, ESQ.
SBN#126071
3435 WILSHIRE BOULEVARD
SUITE 2900
LOS ANGELES, CA 90010
(213) 381-3299

MARGARET WILSON, ESQ.
SBN#123766
3435 WILSHIRE BOULEVARD
SUITE 2900
LOS ANGELES, CA 90010
(213) 386-4544

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORDERO<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>    Defendants | Case No. 1: 05 CV 00268 REC DLB<br><br>JOINT STIPULATION EXTENDING DEFENDANTS TIME TO RESPOND TO THE COMPLAINT AND NOTICE OF SETTLEMENT CONFERNCE |

## **JOINT STIPULATION**

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS HEREIN:

PLEASE TAKE NOTICE that pursuant to an Order of this Court, the parties hereby enter into the following stipulation

1.    It has been stipulated to and agreed upon by all parties that defendants will have 60 days from the date of the status conference on January 23, 2006 to respond to plaintiff's complaint. Therefore, defendants' response will be due on or before March 24, 2006; and

2.    It has been agreed upon by all parties, and Ordered by this Court, that a settlement conference will be held on April 20, 2006 at 10:00 in Courtroom No. 1, Eighth Floor of the above referenced court located at 2500 Tulare Street, Fresno CA.

Dated: January ___, 2006

                                    _____
                                    JAMES S. MULLER
                                    Attorney for plaintiff

Dated: January ___, 20056

                                    __/s/ Margaret Wilson_____
                                    MARGARET WILSON
                                    Attorney for plaintiff

Dated: January ___, 2006

                                    _____
                                    DAVID CARRASCO
                                    Deputy Attorney General
                                    Attorney for defendants

                                    For BILL LOCKYER
                                    Attorney General.

# ORDER

In accordance with the stipulation of the parties and good cause appearing,

**IT IS SO ORDERED:**

    1.    Defendants will have 60 days to respond to plaintiff's complaint. Defendants' response will be due on or before March 24, 2006;

    2.    A settlement conference will be held on April 20, 2006 at 10:00 in Courtroom 9 of the above referenced court located at 2500 Tulare Street, Fresno CA.

Dated: January 28, 2006          ___/s/ Dennis L. Beck_____
                                         HONORABLE DENNIS L. BECK
                                         United States Magistrate Judge

PROOF OF SERVICE

I declare:

    I am an officer of a member of the Bar of this Court, I am one of the attorneys representing plaintiff herein.

    On January ___, 2006 I efiling the attached document entitled:   **JOINT STIPULATION EXTENDING DEFENDANTS TIME TO RESPOND TO THE COMPLAINT AND NOTICE OF SETTLEMENT CONFERNCE**   with the United States District Court, Eastern Division. Defendants have subscribed to this system of filing and of receiving service by email directly from the Eastern District Court. The parties of interest in this matter are:

David Carrasco
DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January ___, 2006 at Los Angeles, California.

                                                                 /s/ Margaret Wilson
                                                                   Margaret Wilson