UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORDERO, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | 1:05-CV-0268 OWW DLB P <br><br> ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE <br><br> (DOCUMENT #35) |

On April 20, 2006, a settlement conference was held and the parties entered into a settlement agreement. On August 11, 2006, the parties submitted a stipulation for voluntary dismissal with prejudice of the above captioned matter.

Accordingly, this action is DISMISSED with prejudice pursuant to the parties stipulation for voluntary dismissal  and the Clerk of Court is directed to close the file in this action. IT IS SO ORDERED.

Emm0d6**Dated:    October 27, 2006**             /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE